CASSIUS H. READ, Appellant, *v.* PETER A. LOZIER et al., Respondents.

(Argued June 3, 1884; decided June 17, 1884.)

*Luther R. Marsh* for appellant.

*Preston Stevenson* for respondents.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.

---

OSCAR C. FERRIS *v.* WILLIAM R. SPOONER, as Assignee, etc., Respondent, JOHN BELL et al., Appellants.

(Argued June 3, 1884; decided June 17, 1884.)

*M. J. Earley* for appellants.

*W. T. Birdsall* for respondent.

Agree to affirm; no opinion.
All concur.
Order affirmed.